IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HYDROXYL SYSTEMS, INC.,
a Corporation

        Plaintiff,

        vs.        Case No. 09-1014-JTM

KAN-PAK, LLC, a Delaware Limited
Liability Company,

        Defendant.

MEMORANDUM AND ORDER

Presently before the court is defendant Kan-Pak's motion to dismiss or, in the alternative, to stay for purposes of arbitration (Dkt. No. 3). A court must stay proceedings where any issue is referable to arbitration under the agreement. 9 U.S.C. § 3. Plaintiffs consent to the stay of the case for purposes of arbitration (Dkt. No. 8). As such, Kan-Pak's motion is granted in part in that the case is stayed. The court reserves judgment on the merits of the motion to dismiss until arbitration is complete.

IT IS SO ORDERED this 1st day of April, 2009.

        s/ J. Thomas Marten
        J. THOMAS MARTEN, JUDGE